### 4447. WILSON v. McDOUGALD BROTHERS & COMPANY.

POTTLE, J. 1. Where one secures the benefit of the labor of another, upon a promise to pay his debt to one with whom the debtor has contracted to work, and the laborer is released by the employer from his contract to labor, there is a sufficient consideration to support the promise. Civil Code (1910), § 4242.

2. There was no plea of the statute of frauds (*Tift* v. *Wight*, 113 *Ga.* 681, 39 S. E. 503), and the only question made by the record is that dealt with in the foregoing headnote.          *Judgment affirmed.*

DECIDED DECEMBER 21, 1912.

Complaint; from city court of Statesboro—Judge Strange. September 11, 1912.

*F. T. Lanier,* for plaintiff in error.    *F. B. Hunter,* contra.